10 So.2d 57

**Ida Halpin JENNINGS v. CITY OF ANNISTON.**

**7 Div. 678.**

Court of Appeals of Alabama.
June 23, 1942.

Chas. F. Douglass, of Anniston, for appellant.

Hugh D. Merrill, Jr., of Anniston, for appellee.

RICE, Judge.
Affirmed.

10 So.2d 57

**Ida JENNINGS v. CITY OF ANNISTON.**

**7 Div. 677.**

Court of Appeals of Alabama.
June 30, 1942.

Chas. F. Douglass, of Anniston, for appellant.

Hugh D. Merrill, Jr., of Anniston, for appellee.

SIMPSON, Judge.
Affirmed.

8 So.2d 904

**Curtis JONES v. STATE.**

**6 Div. 932.**

Court of Appeals of Alabama.
May 12, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

8 So.2d 904

**Dock JONES v. STATE.**

**6 Div. 930.**

Court of Appeals of Alabama.
May 12, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

11 So.2d 169

**Dock JONES v. CITY OF JASPER.**

**6 Div. 936.**

Court of Appeals of Alabama.
Nov. 27, 1942.

PER CURIAM.
Appeal dismissed, want of prosecution.

6

8 So.2d 904

**Arthur JOHNSON v. STATE.**

**6 Div. 845.**

Court of Appeals of Alabama.
May 19, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.